■ SMITH, RANSCHT, POLLOCK, MANOS & CONNORS, Respondents, v MARY T. PALMERI, Appellant.—In an action to recover the value of legal services rendered, defendant appeals from an order of the Supreme Court, Westchester County, entered February 6, 1976, which, *inter alia,* (1) denied her motion for summary judgment and (2) granted plaintiffs' cross motion for summary judgment to the extent of awarding them partial summary judgment. Order affirmed, with $50 costs and disbursements. Upon the record before us, the services performed by plaintiffs were reasonable and necessary and they are entitled to a fee therefor. The amount thereof will be determined at a hearing to be held pursuant to the order of Special Term. Latham, Acting P. J., Margett, Damiani, Rabin and Shapiro, JJ., concur.